JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL E. JOHNSON, | ) | Case No. 2:20-cv-08900-VBF-SP |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| JOSIE GASTELO, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order Summarily Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: <u>MARCH 18, 2024</u>

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE